IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CONAGRA FOODS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV320 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL FOODS, | ) | ORDER OF DISMISSAL |
| | ) | |
| Defendant. | ) | |
| | ) | |

The matter before the court is the plaintiff's notice of dismissal without prejudice. Filing No. 6. The court finds that this matter should be dismissed without prejudice.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that, pursuant to FED. R. CIV. P. 41(a), the plaintiff's cause of action against the defendant is hereby dismissed in its entirety, without prejudice, and with the parties to be responsible for their own costs and attorney fees.

DATED this 3rd day of May, 2006.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge